UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RAFIQ J. SALIM,

                        Plaintiff,

                                                        **DECISION AND ORDER**
        v.                                              15-CV-418-A

COUNTY OF ERIE, *et al.*,

                        Defendants.

        This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr.,

pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On

December 19, 2018, Magistrate Judge Schroeder filed a Report and

Recommendation (Dkt. No. 69) recommending that defendants' multiple motions to

dismiss (Dkt. Nos. 39, 41, 43, 46, 55 & 60) be granted.

        The Court has carefully reviewed the Report and Recommendation, *pro se*

plaintiff Salim's objections, defendants' responses, and it is hereby

        **ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in

the Magistrate Judge's Report and Recommendation, and giving due consideration

to plaintiff's status as a *pro se* litigant by affording his contentions the most favorable

reading possible in the circumstances, the defendants' motions for dismissal (Dkt.

Nos. 39, 41, 43, 46, 55 & 60) are all granted as specified in the Report and

Recommendation (Dkt. No. 69), and it is further

        **ORDERED** that the Clerk of the Court shall enter Judgment dismissing the

action in its entirety as against each defendant.

**SO ORDERED.**

_____s/Richard J. Arcara_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   January 25, 2019